UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Ron Irwin,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 2:23–cv–489 |

## ORDER

On or before November 17, 2023, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 7th day of November 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge